Stephen Z. Boren (State Bar No. 192024)
Ayesha A. Mahapatra (State Bar No. 223475)
BOREN, OSHER & LUFTMAN, LLP
5900 Wilshire Boulevard, Suite 920
Los Angeles, California 90036
Telephone: (323) 937-9900
Facsimile: (323) 937-9910

Attorneys for Plaintiffs and Cross-Defendants
PETER LLOYD, and
VENTOR PROGRESS AB

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LLOYD, an individual, VENTOR PROGRESS AB a Swedish Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>MIKAEL SJÖBLOM, an individual, EURO OFFICE AMERICAS, INC. a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>―――――――――――――<br><br>EURO OFFICE AMERICAS, INC., a Delaware corporation<br><br>Cross-claimant,<br><br>vs.<br><br>PETER LLOYD, an individual, VENTOR PROGRESS AB a Swedish Limited Company, ROES 1 through 20, inclusive<br><br>Cross-defendants. | CASE NO.: CV-14-0234 (JSC)<br><br>**STIPULATION TO CONTINUE EXPERT DISCLOSURE DATES**<br>AND ORDER<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: January 15, 2014 |

**TO THIS HONORABLE COURT:**

### RECITALS

**WHEREAS,** on May 30, 2014, this Court entered a Civil Pretrial Order, pursuant to which: (1) initial expert witness disclosures are due on or before September 1, 2014; (2) rebuttal expert witness disclosures are due on or before September 14, 2014; and (3) the expert discovery cut-off is October 14, 2014;

**WHEREAS,** Defendants and Cross-Complainants are continuing to produce documents, which Plaintiffs and Cross-Defendants must review and provide to their expert witness(es) for consideration in connection with any opinions they may render; and

**WHEREAS,** the Parties have agreed to continue the expert witness disclosure and cut-off by thirty (30) days to allow the parties' experts, if any, sufficient time in which to prepare their reports and provide meaningful deposition testimony.

### STIPULATION

The Parties, through their counsel of record, hereby stipulate and agree to the following amendments to this Court's Civil Pretrial Order:

1. Initial Expert Witness Disclosures will be due on or before October 1, 2014;

2. Rebuttal Expert Witness Disclosures will be due on or before October 14, 2014; and

3. The Expert Discovery Cut-Off shall be November 14, 2014.

**IT IS SO STIPULATED.**

Dated: August 27, 2014        **BOREN, OSHER & LUFTMAN, LLP**

By:     /s/ Stephen Z. Boren
       STEPHEN Z. BOREN
       Attorneys for Plaintiffs and Cross-Defendants

Dated: August 27, 2014        **TIMOTHY THOMAS O'CONNOR**

By:     /s/ T. O'Connor
       Attorney for Defendants and Cross-Complainants

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: August 27, 2014        _Jacqueline S. Corley_
                              JACQUELINE SCOTT CORLEY
                              United States Magistrate Judge

# PROOF OF SERVICE
## CASE NO. CV-14-0234 (JSC)

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **[X]** 5900 Wilshire Blvd., Ste. 920, Los Angeles, California 90036.

On August 27, 2014, I served the foregoing document(s) described as:

**STIPULATION TO CONTINUE EXPERT DISCLOSURE DATES**

on the interested party(ies) in this action by placing a true copy(ies) thereof, enclosed in a sealed envelope and addressed as follows:

T. O'Connor, Esq.
T. O'Connor and Duke
133 Court Street
Auburn, CA 95603
Attorney for Defendants

**[X]** (MAIL) I am "readily familiar" with Boren, Osher & Luftman, LLP's practice of collection and processing correspondence for mailing. Under the practice the correspondence would be deposited with the U.S. postal service on the same day with postage thereof fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage date is more than one day after date of deposit for mailing in affidavit.

**[X]** (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 27, 2014, at Los Angeles, California

Hanna Lee                              _/s/ Hanna Lee_
Print or Type Name                      Signature