1  Stephen Z. Boren (State Bar No. 192024)
   Ayesha A. Mahapatra (State Bar No. 223475)
2  BOREN, OSHER & LUFTMAN, LLP
   222 N. Sepulveda Blvd., Suite 2222
3  El Segundo, CA 90245
   Telephone:  (310) 322-2220
4  Facsimile:   (310) 322-2228

5  Attorneys for Plaintiffs and Cross-Defendants
   PETER LLOYD, and
6  VENTOR PROGRESS AB

7

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | PETER LLOYD, an individual, | CASE NO.: CV-14-0234 (JSC)
   | VENTOR PROGRESS AB a |
12 | Swedish Limited Company, |
   | | NOTICE OF CONDITIONAL
13 | Plaintiff, | SETTLEMENT AND JOINT
   | | STIPULATION TO VACATE
14 | vs. | ALL DATES AND SET
   | | FURTHER STATUS
15 | MIKAEL SJÖBLOM, an | CONFERENCE
   | individual, EURO OFFICE |
16 | AMERICAS, INC. a Delaware |
   | corporation, and DOES 1 through |
17 | 20, inclusive, |

18 | Defendants. |

19 | _____ |

20 | EURO OFFICE AMERICAS, |
   | INC., a Delaware corporation |
21 |
   | Cross-claimant, |
22 | | Complaint Filed: January 15, 2014
   | vs. |
23 |
   | PETER LLOYD, an individual, |
24 | VENTOR PROGRESS AB a |
   | Swedish Limited Company, |
25 | ROES 1 through 20, inclusive |

26 | Cross-defendants. |

27 | _____ |

28

                                          STIPULATION

TO THIS HONORABLE COURT:

## RECITALS

**WHEREAS,** on May 30, 2014, this Court entered a Civil Pretrial Order, pursuant to which: (1) initial expert witness disclosures are due on or before September 1, 2014; (2) rebuttal expert witness disclosures are due on or before September 14, 2014; and (3) the expert discovery cut-off is October 14, 2014;

**WHEREAS,** on September 11, 2014, the Parties agreed to continue the expert witness disclosure and cut-off by an additional thirty (30) days;

**WHEREAS,** on October 13, 2014, the Parties entered into a settlement agreement wherein a series of events must take place within the next 30 days to effect the terms of the settlement agreement;

**WHEREAS,** if all of the events contemplated by the settlement agreement occur, the Parties have agreed to dismiss the entire action, including the pending Complaint and Cross-Complaint; and

**WHEREAS,** if these events do not occur, the settlement agreement provides that the Parties shall proceed towards a trial in this matter.

## STIPULATION

The Parties, through their counsel of record, hereby stipulate and agree to the following amendments to this Court's Civil Pretrial Order:

1. All pending dates, including the trial date, are hereby vacated;

2. The Court shall set a status conference for November 20, 2014 regarding status of settlement and dismissal of action; and

3. If the matter is not dismissed on or before the November 20, 2014 status conference, the Court shall set a new trial date, discovery cutoff date, expert witness cutoff date, etc. at that conference.

**IT IS SO STIPULATED.**

Dated: October 20, 2014          **BOREN, OSHER & LUFTMAN, LLP**

By:    /s/ Stephen Z. Boren
STEPHEN Z. BOREN
Attorneys for Plaintiffs and Cross-Defendants

Dated: October 20, 2014          **TIMOTHY THOMAS O'CONNOR**

By:    /s/ T. O'Connor
Attorney for Defendants and Cross-Complainants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: October 27, 2014         /s/ Jacqueline S. Corley
JACQUELINE SCOTT CORLEY
United States Magistrate Judge